UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE TAYLOR** | * | **CIVIL ACTION** |
| **versus** | * | **NO. 06-4118** |
| **SUE HOLLIDAY (WARDEN)** | * | **SECTION: "K" (6)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Jessie Taylor for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  4th  day of   December  , 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE TAYLOR** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-4118** |
| **SUE HOLLIDAY, WARDEN** | * | **SECTION: "K"(6)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the defendant, Sue Holliday, Warden, and against petitioner, Jessie Taylor, dismissing with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE